UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
WACO DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| vs. | § | NO:  WA:04-CR-00015(1)-ADA |
| | § | |
| (1) MARVIN LYDELL STARKS | § | |

### ORDER ACCEPTING REPORT AND RECOMMENDATION
### OF THE UNITED STATES MAGISTRATE JUDGE

Before the court is the above styled and numbered cause.  On  April 17, 2025 the United States Probation Office filed a Petition For Warrant or Summons For Offender Under Supervision for Defendant (1) MARVIN LYDELL STARKS, which alleged that Starks violated a condition of his supervised release and recommended that Starks 's supervised release be revoked (Clerk's  Document No. 184).  A warrant issued and Starks was arrested.  On April 29, 2025, Starks appeared before a United States Magistrate Judge, was ordered detained, and a revocation of supervised release hearing was set.

Starks appeared before the magistrate judge on June 10, 2025, waived his right to a preliminary hearing and to be present before the United States District Judge at the time of modification of sentence, and consented to allocution before the magistrate judge. Following the hearing, the magistrate judge signed his report and recommendation on Juen 10, 2025, which provides that having carefully considered all of the arguments and evidence presented by the Government and Defendant, based on the original offense and

the intervening conduct of Starks, the magistrate judge recommends that this court revoke Starks supervised release and that Starks be sentenced to imprisonment for FOUR (4) months, with no term supervised release to follow the term of imprisonment, and that he be given credit for the time he has been in federal custody. It is further RECOMMENDED that Defendant's term of imprisonment run concurrently with any term received in Defendant's pending case, Case No. 6:25-CR-098-12 (Clerk's Document No. 198).

A party may serve and file specific, written objections to the proposed findings and recommendations of a magistrate judge within fourteen days after being served with a copy of the report and recommendation, and thereby secure a *de novo* review by the district court. *See* 28 U.S.C.§ 636(b); Fed. R. Civ. P. 72(b). A party's failure to timely file written objections to the proposed findings, conclusions, and recommendation in a report and recommendation bars that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court. *Douglass v. United Services Auto Ass 'n,* 79 F.3d1415 (5th Cir. 1996) *(en banc).* The parties in this cause were properly notified of the consequences of a failure to file objections.

On June 10, 2025, following the hearing on the motion to revoke supervised release, all parties signed a Waiver Of Fourteen Day Rule For Filing Objections To Report and Recommendation OfUnited States Magistrate Judge (Clerk's Document No.

197). The court, having reviewed the entire record and finding no plain error, accepts and adopts the report and recommendation filed in this cause.

**IT IS THEREFORE ORDERED** that the Report and Recommendation of the United States Magistrate Judge filed in this cause (Clerk's Document No. 198 ) is hereby ACCEPTED AND ADOPTED by this court.

**IT IS FURTHER ORDERED** that Defendant (1) MARVIN LYDELL STARKS's term of supervised release is hereby REVOKED.

**IT IS FURTHER ORDERED** that Defendant (1) MARVIN LYDELL STARKS be imprisoned for FOUR (4) months with no term of supervised release, and that he be given credit for the time he has been in federal custody.

**IT IS FURTHER ORDERED** that Defendant's term of imprisonment run concurrently with any term received in Defendant's pending case, Case No. 6:25-CR-098-12.

Signed this 12th day of June, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE